# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VINCENT WISE,<br>            Plaintiff,<br>    v.<br>BIOWISH TECHNOLOGIES, INC., *et al.*,<br>            Defendants. | C.A. No. 1:18-cv-00676-RGA |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this action, with prejudice, without right of appeal, with each party to bear their own attorneys' fees and costs.

| **WILKS, LUKOFF & BRACEGIRDLE, LLC** | **FOX ROTHSCHILD LLP** |
|---|---|
| */s/ Andrea S. Brooks*<br>Thad J. Bracegirdle (No. 3691)<br>Andrea S. Brooks (No. 5064)<br>4250 Lancaster Pike, Suite 200<br>Wilmington, DE 19805<br>Phone: (302) 225-0855<br>Facsimile: (302) 225-0851<br><br>*Counsel for Plaintiff, Vincent Wise* | */s/ Carl D. Neff*<br>Carl D. Neff (No. 4895)<br>Citizens Bank Center<br>919 North Market St., Suite 300<br>Wilmington, DE 19801<br>Phone: (302) 654-7444<br>Facsimile: (302) 655-8920<br><br>-and-<br><br>Stephanie Resnick, Esq.<br>*Admitted pro hac vice*<br>John C. Fuller, Esq.<br>*Admitted pro hac vice*<br>Fox Rothschild LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103<br>Phone: (215) 299-2000<br>Facsimile: (215) 299-2150<br><br>*Counsel for Defendants Biowish Technologies, Inc., Biowish Technologies* |

*International, Inc., Ian Edwards, Irwin Heller (in his capacity as Corporate Secretary of Biowish), Nabil Sakkab, Rod Vautier, Mark McGrath, Jeffrey McCormick, and Geoff Rosenhain*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Thomas W. Briggs, Jr.*
Thomas W. Briggs, Jr. (No. 4076)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Phone: (302) 658-9200
Facsimile: (302) 225-2572

Of Counsel:

Michael S. Gardener, Esq.
*Admitted pro hac vice*
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
Phone: (617) 348-1642
Facsimile: (617) 542-2241

*Counsel for Big I Investments, LLC, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., Irwin Heller (in his capacity as a member of Mintz Levin), and potential counsel for Juventa Technologies, Inc., and Juventa Technologies Holdings, Inc.*

IT IS SO ORDERED this ___ day of February, 2020.

_____
THE HONORABLE RICHARD G. ANDREWS

2